*In re* MÁXIMO RIVERA CARDONA.

*Número:* O-82-330          *Resuelto:* 22 de noviembre de 1994

*Máximo Rivera Cardona, pro se,* peticionario; *Pedro A. Delgado Hernández, Procurador General,* e *Ivonne Casanova Pelosi, Procuradora General Auxiliar.*

PER CURIAM: Mediante opinión *per curiam* de 15 de junio de 1983 ordenamos la separación permanente de Máximo Rivera Cardona del ejercicio de la profesión de abogado y notario. Las razones que dieron lugar a su desaforo fueron expuestas en la referida opinión publicada en *In re Rivera Cardona,* 114 D.P.R. 390 (1983).

El 20 de enero de 1994, Máximo Rivera Cardona compareció ante nos para solicitar su reinstalación al ejercicio de la profesión. El 21 de enero de ese año, mediante resolución, referimos el asunto a la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía (en adelante la Comisión) para que evaluase la solicitud de reinstalación y nos rindiese el informe correspondiente. La Comisión celebró vista sobre el asunto el 15 de junio de 1994 y, luego de los procedimientos de rigor, el 21 de octubre de 1994 nos rindió un informe que recomendaba la reinstalación del peticionario al ejercicio de la abogacía en Puerto Rico. En su informe, la Comisión nos señala que el peticionario subsanó las actuaciones que dieron lugar a su desaforo; que está rehabilitado, y que demostró un arrepentimiento sincero respecto a los actos que dieron lugar a su desaforo. La determinación de la Comisión sobre la nueva situación del peticionario estuvo avalada por los testimonios de distinguidos abogados, ex jueces, ministros religiosos y vecinos del peticionario.

Por su parte, el Procurador General de Puerto Rico también estudió y evaluó la petición de reinstalación de Máximo Rivera Cardona y nos comunicó su recomendación favorable de que se acceda a la solicitud del peticionario de ser reinstalado al ejercicio de la profesión de abogado. Nos señala el Procurador General que el peticionario ha experimentado una vivencia religiosa que ha cambiado su visión de la vida y ha dado al traste con las antiguas actitudes y valores que dieron lugar a su desaforo.

Luego de examinar las recomendaciones de la Comisión y del Procurador General, *se autoriza la reinstalación inmediata del abogado al ejercicio de la abogacía. Podrá también reintegrarse al notariado una vez el Director de la Oficina de Inspección de Notarías rinda su informe sobre el estado de sus Protocolos.*

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Andréu García y la Juez Asociada Señora Naveira de Rodón no intervinieron.